IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 09-3081-CV-S-RED |
| | ) | |
| TRAVIS WAKEFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Now before the Court is Defendant's Motion to Suppress (Doc. 17), the United States' Response to the Defendant's Motion to Suppress (Doc. 20), and the Report and Recommendation of the United States Magistrate Judge (Doc. 27). After careful and independent review of the Motion to Suppress, the Government's response, and the Report and Recommendation, this Court agrees with and **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Doc. 27) in full. The Court **DENIES** Defendant's Motion to Suppress (Doc. 17).

IT IS SO ORDERED.

DATED: September 8, 2010  */s/ Richard E. Dorr*
RICHARD E. DORR, JUDGE
UNITED STATES DISTRICT COURT